IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-1390**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 JUL 11  PM 12: 35

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Brenda R. Moon,
Plaintiff(s),

v.

Park County Road & Bridge
Defendant(s).

## MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ____ do not ✓ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: Discrimination

(3) I am entitled to redress.

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

**MARITAL STATUS AND DEPENDENTS**
Single ✗  Married ____ Separated ____ Divorced ____
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

| Name | Age | Relationship |
|---|---|---|
| Jeremy F. Moon | 25 | Son |
| | | |
| | | |
| | | |

(Rev. 11/01/04)                           1

**RESIDENCE**
Street Address: 29155 CR 330 #6 - *Mailing Address* P.O. Box 324
City: Buena Vista     State: Colorado
Zip Code: 81211        Telephone: 719-395-8225

**EDUCATION**
What is the highest level of formal education you have received:
12
I can speak, read, write, and understand the English language: Yes ✓  No ____

**EMPLOYMENT**
If employed at present, complete the following:
Name of employer: Lost Dutchman Creek
Address of employer: Trout Haven - Divide, Colorado
Telephone number of employer: 719-686-1311
How long have you been employed by present employer: May 1ST 2005
Income: Monthly $ 600.00  Weekly $
If self-employed, state your net income: Monthly $ 600.00  Weekly $
What is the nature of your self-employment? Housekeeper
If unemployed at present, complete the following:
I have been unemployed since: ____
Name of last employer: ____
Address of last employer: ____
Telephone number of last employer: ____
Salary or hourly wage received from last employer:
$ ____

N/A If spouse is employed, complete the following:
Name of employer: ____
How long has spouse been employed by present employer: ____
Income: Monthly $ ____  Weekly $ ____

N/A If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: ____
Monthly benefits: $       Weekly benefits: $

(Rev. 11/01/04)                           2

**REAL AND PERSONAL PROPERTY**
Real property:
Do you own real property? Yes _____ No __X__
If yes, describe: _____
Address: _____
Name(s) on title: _____
Estimated value:              Amount owed: $
$ _____      _____
Annual income from real property: $ _____

Personal property: Chevy              Truck                1979
Automobile: Make: Toyota   Model: Truck              Year: 1984
                  Subaru          Station Wagon            1997
Name(s) on registration: Brenda R. Moon
Estimated value: $ 500.00        Amount owed: $ -0-
                   200.00
                   4500.00
Cash on hand:
Total amount of cash in banks and savings and loan associations: $ 50.00
Names and addresses of banks and associations: Peoples National Bank
351 Highway 285 Fairplay, Colorado 80440
Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
N/A

**FINANCIAL OBLIGATIONS:**                      **MONTHLY PAYMENT:**
Rent on house or apartment:                     $ 575.00
Mortgage on house:                              $ N/A
Gas bill:                                       $ N/A
Electric bill:                                  $ 65.00
Telephone bill:                                 $ 55.00
Food:                                           $ 250.00
Clothing:                                       $ N/A
Automobile loan:                                $ N/A
Automobile insurance:                           $ 470.00 - 6 mons
Other insurance:                                $ N/A
Payments to retail merchants:                   $ N/A
  Total owed: N/A
Payments on any other outstanding
  loans or debts:                               $ 50.00
  Total owed: 1500.00

| | |
|---|---|
| Payments to doctors, hospitals, lawyers: | $ |
| Total owed: N/A | |
| Maintenance under separation or dissolution agreement: | $ |
| Child support: | $ |
| Other Payments: | |
| Describe: | $ |
| Describe: | $ |
| Describe: | $ |
| Describe: | $ |
| Total monthly payments: | $ |

## ATTEMPTS TO LOCATE COUNSEL

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: John Culver
Street Address: 141 Union Blvd
City: Lakewood
Zip Code:
Date Contacted: 6-10-05
State: Colorado
Telephone: 303-716-0254

Attorney: Greg Hall
Street Address: 1125 17th Street
City: Denver
Zip Code:
Date Contacted: 6-11-05
State: Colorado
Telephone: 303-628-3300

Attorney: Davis Law
Street Address: 1720 So. Belaire St
City: Denver
Zip Code:
Date Contacted: 7-7-05
State: Colorado
Telephone: 303-757-7646

Attorney: Benenson Richard
Street Address: 410 Seventeenth Street
City: Denver
Zip Code:
Date Contacted: 7-7-05
State: Colorado
Telephone: 303-757-8300

Attorney: _____  Date Contacted: _____

Street Address: _____

City: _____  State: _____

Zip Code: _____  Telephone: _____

Date: July 7TH 2005

_____
(Plaintiff's Original Signature)

Subscribed and sworn to before me this 7TH day of July, 20 05

BETHANY S. CALDWELL
NOTARY PUBLIC
STATE OF COLORADO

_____
(Notary Public)

725 US Hwy 24 N
(Address) Buena Vista, CO 81211

My commission expires: September 20, 2008