REC'D JUL 1 1 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-CV-1390**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2005

GREGORY C. LANGHAM
CLERK

Brenda R. Moon,
Plaintiff,

v.

Park County Road & Bridge,
Defendant.

## TITLE VII COMPLAINT

### PARTIES

1. Plaintiff Brenda R. Moon is a citizen of United States who presently resides at the following address:
29155 CR330 #6, Buena Vista, Colorado 81211

2. Defendant Park County Road & Bridge lives at or is located at the following address:
501 Main Street, Fairplay, Colorado 80440

Attach a separate page, if necessary, to list additional parties.

### JURISDICTION

3. Jurisdiction is asserted pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location:
386 McDowell Drive, Fairplay, Colorado 80440

6. Jurisdiction also is asserted pursuant to the following statutory authority:
Park County

ADMINISTRATIVE PROCEDURES
(Rev. 11/01/04)                                       1

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission or other appropriate administrative agency on __12-19-03__ (date) regarding the alleged discriminatory conduct by Defendant(s).

8. Plaintiff received from the Equal Employment Opportunity Commission or other appropriate administrative agency a Notice of Right to Sue the Defendant(s) on __4-19-05__ (date). (Please attach to the complaint a copy of the Notice of Right to Sue.)

## NATURE OF THE CASE

9. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

   ____ Race          ____ Color           ____ Religion

   _X_ Sex            ____ National Origin

   ____ Other (please specify) _____

10. Defendant has discriminated against Plaintiff because of the following: (please check all that apply)

    ____ Failure to hire

    ____ Failure to promote

    _X_ Demotion/discharge from employment

    ____ Other (please specify) _____

EEOC Form 161 (10/96)        **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Brenda Moon  
P.O. Box 392  
Fairplay, CO 80440  


APR 2 5 2005  
EEOC DENVER  
DISTRICT OFFICE

From: **U.S. Equal Employment Opportunity Commission**  
**Denver District Office**  
**303 East 17th Avenue, Suite 510**  
**Denver, Colorado 80203**

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 320200400775 | Andrew Williams, Supervisor | (303) 866-1310 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability that is covered by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] We cannot investigate your charge because it was not filed within the time limit required by law.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You had 30 days to accept a reasonable settlement offer that afford full relief for the harm you alleged.

[x] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)* _____

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** from your receipt of this Notice; otherwise, your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not **be collectible.**

On behalf of the Commission

_____       04 19 05  
Jeanette M. Leino           *(Date Mailed)*  
Acting District Director

Enclosure(s)

cc: Celia F. Randolph, LLC  
P.O. Box 1780  
Bailey, CO 80421

## FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS

(Please number your paragraphs and attach any necessary additional pages. Alternatively, you may attach to the complaint a copy of the charge of discrimination you submitted to the Equal Employment Opportunity Commission.)

I.) On April 14, 2003, I was hired by **Park County Road and Bridge** as an *Equipment Operator/Driver*. My qualifications included over three (3) years experience operating Heavy Equipment, a Class-A CDL with Tanker & Hazmat endorsements, and a spotless M.V.R.

II.) During my employment, I was always prompt. I only took time off that I had earned. I was able to drive and skillfully operate *every* piece of equipment I was ask to. I was constantly complemented by the Foremen and even by my Supervisors on my excellent operating and driving skills. I got along with all my co-workers and always had a good workplace attitude. I was never reprimanded or called into the office for *anything*, not once. I routinely maintained all equipment I was placed in charge of. I *never* damaged any machine or vehicle. I was considered an asset to the department.

III.) To obtain a permanent full time position, I was willing to relocate to Fairplay and did so. The insurance coverage and retirement plan was an important reason for my acceptance of the position. My new Operating/Driving role allowed me to support myself giving me pride in my work and made me more of a hard working team member. I complied with *everything* that I agreed to in the interview (please see attached). In addition, I enjoyed my work!

IV.) Without cause, on August 26, 2003 I was called into the office. The standard probation period is six months. (I believe my work ethic was above that of any standard employee and should be considered). They proceeded to read from the department Handbook that they could dismiss anyone at anytime with no reason. I was wrongfully dismissed from the Road and Bridge Department at that time.

V.) The same day I accepted my position, a younger 19-year-old male was also hired. He appeared to have very little or *no* qualifications for the job. I believe he had No DOT medical certificate, no CDL Permit or license, nor had he ever operated *any* equipment.

VI.) While working and training along with this young gentleman for well over four (4) months, he damaged at least one vehicle or machine a week. He failed to maintain equipment at all. He did not show *any* signs that he was capable of *ever* becoming a team player as he could not get along with co-workers. He had a real poor attitude, did not want to learn, and did not want to work. He was often late and took off a lot of time off. Yet, this individual *is still employed* with the Road and Bridge Department.

VI.) I did not deserve to be dismissed. I was wrongly let go. I have never *ever* been fired from *any* job

## CHARGE OF DISCRIMINATION
This form is affected by the Privacy Act of 1974.
See Privacy Act Statement on reverse before completing this form.

ENTER CHARGE NUMBER
☐ EEOC

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | | |
|---|---|---|
| NAME: Brenda Moon | | (AREA CODE) HOME TELEPHONE: 719-836-0736 |
| STREET ADDRESS: PO Box 392 | CITY, STATE AND ZIP CODE: Fairplay, CO 80440 | DATE OF BIRTH: 7/21/60 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME: (If more than one, list below.)

| NAME: Park County Board of County Commissioners | # OF EMPLOYEES: 100+ | (AREA CODE) TELEPHONE: 719-836-4201 |
|---|---|---|
| STREET ADDRESS: 501 Main Street, Fairplay, CO 80440 | CITY, STATE AND ZIP: | COUNTY: PARK |
| Park County Road and Bridge Department c/o Park County BOCC | | (AREA CODE) TELEPHONE: 719-836-0357 |
| STREET ADDRESS: 386 McDowell Drive, Fairplay, CO 80440 | CITY, STATE AND ZIP: | COUNTY: PARK |

CAUSE OF DISCRIMINATION BASED ON: (CHECK APPROPRIATE BOX)
☐ Race  ☐ Color  ☒ Sex  ☐ Religion  ☐ National Origin
☐ Retaliation  ☐ Age  ☐ Disability  ☐ Other (Specify)

Date Discrimination Took Place
Earliest: 4/14/03    Latest: 8/26/03
☐ Continuing Action

The Particulars Are: (If additional space is needed please attach extra pages)

I. PERSONAL HARM – SEE ATTACHED

II. RESPONDENT'S DEFENSE: Respondent provided no legitimate, non-discriminatory reasons for its actions.

III. I believe that I have been discriminated against on the basis of my sex (female) in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §2000e, et. seq. and the Colorado Anti-Discrimination Act, C.R.S. §§24-34-401 et. seq.

State of Colorado
County of Teller
Subscribed and sworn before me this 9 day of January, 2004.
Brenda R Moon
Notary Public       My Commission Expires
MY COMMISSION EXPIRES 05/28/2006

[Notary seal: LUGEAN T. CHOLLEY NOTARY PUBLIC STATE OF COLORADO]

| I want this charge filed with the EEOC and the state or local agency, of any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in processing of my charge in accordance with their procedures. | NOTARY (When necessary to meet state and local requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | SIGNATURE OF COMPLAINANT B__ R. M__ |
| Date Jan 9th 2004   Charging Party (Signature) | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month and year) |

EEOC FORM 5 (REV 07/99)

I.  PERSONAL HARM

I began my employment with Park County Road and Bridge Department on April 14, 2003 as an Equipment Operator in District II (Fairplay area). The probationary period is six months. During my employment I received nothing but favorable comments from my supervisors regarding my job performance, did not miss work except when sick or injured, reported on time and was not disciplined in any manner. I had worked as a heavy equipment operator/ truck driver for three years prior to my employment with Park County and already had my Class A Commercial Driver's License with Hazmat and Tanker endorsements when I was hired.

On August 26, 2003, I was the first of the female District II Road and Bridge employees to be called into a meeting with the Road and Bridge Management Team. I was terminated without being given a reason. I was told that since I was still in my probationary period I could be fired without being given a reason.

My co-worker Karen Erazo was called to meet with the Management Team after I was dismissed and handed a letter of resignation to sign. Ms. Erazo refused to resign her employment on that day. The Management Team would not give her a reason for my termination either. At the time of my hire, there were four women already employed by Road and Bridge. At the time of my termination, three remained (Karen Erazo, Stephanie Peters and Jan Lloyd). To my knowledge, only one woman, Jan Lloyd, remains employed by Road and Bridge as of the date of this charge of discrimination and she is out on a work related injury. (Ms. Lloyd was the first woman hired by Road and Bridge and that was only twelve years ago.) While employed by Road and Bridge I was subjected to a sexually hostile work environment and subjected to disparate treatment due to my gender. Less qualified men were given more favorable treatment and conditions of employment than women employed by Road and Bridge District II. To my knowledge no other women have been hired to replace the women that were either fired or forced out of Road and Bridge.

## EMPLOYMENT INTERVIEW QUESTIONS

Position—Operator/Truck Driver

Name of Applicant  Brenda Moon            Date: 4/1/03

1. Tell us about your previous work experience. Excavators, utilities, plays in Dirt, all mountain experience Backhoe, skid steer, CDL class A, likes variety, quick learner

2. Are you fully aware of the job qualifications for the position that you are applying for? Yes
   Is there any questions related to the job description? No

3. Is there any problems performing maintenance on the equipment, oil, tires, and routine maintenance? No

4. The job description lists lifting requirements; will you be able to meet those? Yes

5. Would there be a problem that you may be called out to perform a task day, night, or emergencies? No

6. Road and Bridge Department has a drug and alcohol screening program for CDL employees, this involves a pre-hire test and random tests as required. Do you have any problems with this? No

7. What are your expectations of Park County? Permanent Position - Team work. Have

8. What would you consider one of your greatest strengths? Fast Learner, takes pride, likes to work. 120%

9. What would you consider a weakness, or an area in which you would like to improve? Develope skills more,

10. Which of your various positions did you like best? Least? Why?
    Excavating Best, complete job   Least: Ute Pass - asked to do illegal.

11. What were your most important work accomplishments during the past two years? Getting her Class A CDL.

12. Supervisor's questions—
    Salary - yes
    long term - Permanent Full Time position    Change R+B - No problem Team Player
    Public can handle very well
    available Monday
    Women/can get along with everyone.

13. Benefits

14. Are there any questions? No

15. Date we will notify:
    End of Week Next.

## EMPLOYMENT INTERVIEW QUESTIONS

Position—Operator/Truck Driver

Name of Applicant _BRENDA MOON_          Date: _04-01-03_

1. Tell us about your previous work experience.  WIDE + VARIED

2. Are you fully aware of the job qualifications for the position that you are applying for?  YES,
   Is there any questions related to the job description? – CLEAN +REPAIR SHOP?  TILE WORK

3. Is there any problems performing maintenance on the equipment, oil, tires, and routine maintenance?  NO PROBLEMS

4. The job description lists lifting requirements; will you be able to meet those? – NOT A PROBLEM
   "I'm PRETTY TOUGH"

5. Would there be a problem that you may be called out to perform a task day, night, or emergencies?  LIKES TO WORK



6. Road and Bridge Department has a drug and alcohol screening program for CDL employees, this involves a pre-hire test and random tests as required. Do you have any problems with this? – NO PROBLEM

7. What are your expectations of Park County? – TO HAVE A PERMANENT POSITION
   "LIKES TO BE A TEAM WORKER"

8. What would you consider one of your greatest strengths? – FAST LEARNER - GIVES 120%

9. What would you consider a weakness, or an area in which you would like to improve?  NO WEAKNES

10. Which of your various positions did you like best?  Least?  Why?
    EXCAVATING -                                          LUTE PASS S+L

11. What were your most important work accomplishments during the past two years?  CDL "A"

12. Supervisor's questions
    COMMITMENT  PERM FULL-TIME                    AWARE OF TEAM - NO PROBLEM
    WEATHER - NO PROBLEM
    PUBLIC - NO PROBLEM
    WHEN AVAILABLE - "MONDAY"                     OVERTIME - NO PROBLEM
    GENDER - NO PROBLEM
    SALARY - NO PROBLEM                           "DIVIDE" - 45 MIN - (?)
13. Benefits

14. Are there any questions? —

15. Date we will notify: —

746
-2798

## EMPLOYMENT INTERVIEW QUESTIONS

Position—Operator/Truck Driver

Name of Applicant __Brenda Moon__     Date: 4/1/03 Feb 4/03 2:15pm

1. Tell us about your previous work experience.
   excavators-fdns/septic/utilities; run grade; CDL A
   likes variety/dirt — wk in mtns

2. Are you fully aware of the job qualifications for the position that you are applying for? yes — quick lea to operate machines know
   Is there any questions related to the job description? yes, except
   "clean/repair" shop — what does that mean

3. Is there any problems performing maintenance on the equipment, oil, tires, and routine maintenance?    NO — maintains daily

4. The job description lists lifting requirements; will you be able to meet those?
   not a problem

5. Would there be a problem that you may be called out to perform a task day, night, or emergencies? and
   on call? Not a problem

6. Road and Bridge Department has a drug and alcohol screening program for CDL employees, this involves a pre-hire test and random tests as required. Do you have any problems with this?  NONE

7. What are your expectations of Park County? — do job and have fun
   permanent/year round environment

8. What would you consider one of your greatest strengths?
   fast learner / take pride in job / likes to work

9. What would you consider a weakness, or an area in which you would like to improve?
   develop skills more — can't learn it all

10. Which of your various positions did you like best? Least? Why?
    Best Excavating/foundation, by myself  least  the pass 5?

11. What were your most important work accomplishments during the past two years?
    getting CDL "A" from "B"

12. Supervisor's questions




13. Benefits


14. Are there any questions?


15. Date we will notify:

① salary — still work — raises — important appropriation

② weather → aware of weather/driving — not a problem

③ lives in Divide — willing to relocate / ending relationship / will probably move wherever

③ commitment → like perm / FT / year round longterm

④ restructure of PIB → work thru issues — team player all the way

⑤ public → very well / worked in bar/restaurant environment

⑥ availability? → Monday

⑦ Do you work well w/ other women? men? → get along w/ everyone anyone

⑧ OT — time doesn't bother — used to working 15 hours/day summer

⑨

# BRENDA MOON

P.O. Box 392
Fairplay, Colorado   80440
Phone Number: (719) 836-0736

**OBJECTIVE:**

To continue to develop my career as an equipment operator and commercial driver with an organization that offers a permanent full time position. I am highly motivated, safety oriented and enjoy a team-working environment. Willing to relocate.

**QUALIFICATIONS**

Class A CDL   (MVR & DOT Medical attached)
Endorsements: Hazmat & Tanker

Experienced operator of tandem dump with pup, belly dump, low boy, water truck, backhoe, excavator, skid steer, front end loaders, dozers, rollers and sweeper.

Experienced in utilities, complete septic systems, driveways, foundations, culverts, patching and resurfacing roads.

**EDUCATION**

| | | |
|---|---|---|
| | 1978 | Graduate of Cherry Creek High School<br>Englewood, CO 80110 |

**EMPLOYMENT**

| | |
|---|---|
| 04/03 - 08/03 | Equipment Operator & Driver<br>Park County Road & Bridge<br>386 McDowell Drive, Fairplay, CO 80440<br>Rob Vance Supervisor   (719)836-4282 |
| 07/02 - 02/03 | Equipment Operator & Driver<br>Quist Backhoe Service<br>1849 County Rd. 32, Lake George, CO 80827<br>George Quist, owner     (719) 748-3009 |
| 08/01 - 07/02 | Commercial Driver & Equipment Operator<br>Ute Pass Sand & Gravel<br>20575 E, Hwy. 24, Woodland Park, CO 80863<br>Sue Pyles, owner      (719) 687-3111 |
| 03/00 - 08/01 | Equipment Operator & Driver<br>Jerry's Excavating<br>368 Blackhawk Creek Drive, Florissant, CO 80816<br>Jerry Lamb, owner      (719) 748-3660 |

References on Request

```
                             STATE OF COLORADO
                           MOTOR  VEHICLE  RECORD
NAME    : BRENDA RUTH MOON                           DATE: 09/09/03
ADDRESS: 1582 CRYSTAL PEAK DR                        TIME: 14:14:14
         LAKE GEORGE CO 80827                        PAGE: 01
PREVIOUS NAME   :
COLORADO PIN    : 92-160-7894
DOCUMENT TYPE   : DUPLICATE ADULT CDL LICENSE/NEW ENDORSE
DOCUMENT NUMBER: 92-160-7894              CDL CLASS : A
HEIGHT: 5 07         WEIGHT: 135          ISSUE DATE: 11/19/2002
HAIR  : BROWN        EYES  : GREEN        EXPIRATION: 07/21/2006
DONOR : Y            SEX   : FEMALE       BIRTH-DATE: 07/21/1960
ENDORSEMENTS: HAZARDOUS AND TANKER
RESTRICTIONS: **NONE**
PREVIOUS STATE AND LICENSE    : IN 1660135790
REGULAR LICENSE STATUS        : VALID
COMMERCIAL LICENSE STATUS     : VALID    MVR FEE: 2.20
-----------------------------------RECORD-------------------------------------

001 DOCUMENT     NUMBER: 921607894 TYPE: ADULT CDL LICENSE
                 ISSUE: 05/13/2002   EXPIRATION: 07/21/2006
                 STATUS: REPLACED

002 DOCUMENT     NUMBER: 921607894 TYPE: ADULT CDL LICENSE
                 ISSUE: 04/10/2000   EXPIRATION: 07/21/2004
                 STATUS: LICENSE UPGRADED

003 DOCUMENT     NUMBER: 921607894 TYPE: ADULT REGULAR LICENSE
                 ISSUE: 02/17/2000   EXPIRATION: 07/21/2005
                 STATUS: LICENSE UPGRADED


                  **** END OF MOTOR VEHICLE RECORD ****
```

## MEDICAL EXAMINER'S CERTIFICATE

I certify that I have examined **Brenda Moon** in accordance with the Federal Motor Carrier Safety Regulations (49 CFR §§391.41-391.49) and with knowledge of the driving duties, I find this person is qualified; and if applicable, only when:

[ ] wearing corrective lenses
[ ] wearing hearing aid
[ ] accompanied by a _____ exemption
[ ] driving within an exempt intracity zone 49 CFR §391.62)
[ ] accompanied by a Skill Performance Evaluation Certificate (SPE)
[ ] qualified by 49 CFR §391.64

The information I have provided regarding this physical examination is true and complete. A complete examination form with any attachment embodies my findings completely and correctly, and is on file in my office.

| SIGNATURE OF MEDICAL EXAMINER | TELEPHONE | DATE |
|---|---|---|
| Michelle A. Eads MD | 719-687-6022 | 2/21/02 |

| MEDICAL EXAMINER NAME (PRINT) | [X] MD [ ] DO [ ] Chiropractor [ ] Physician [ ] Advance Practice Nurse Assistant |
|---|---|
| Michelle A. Eads MD | |

| MEDICAL EXAMINER'S LICENSE OR CERTIFICATE NO./ISSUING STATE |
|---|
| CO - 80-3808 36828 |

| SIGNATURE OF DRIVER | DRIVER'S LICENSE NO. | STATE |
|---|---|---|
| B. R. M. | 92-160-7894 | Colo |

| ADDRESS OF DRIVER |
|---|
| 1582 Crystal Peak Dr Lake George Colo |

| MEDICAL CERTIFICATE EXPIRATION DATE |
|---|
| 2/21/04 |

CSF 36 (REV 08/01)   DISTRIBUTION: 1 COPY TO THE DRIVER, 1 COPY TO THE MOTOR CARRIER

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

$85,000.00

Date: July 8th 2005

_____
(Plaintiff's Original Signature)

29155 CR 330   P.O. Box 324
(Street Address)

Buena Vista, Colo. 81211
(City, State, ZIP)

719-395-8225
(Telephone Number)