# CLERK'S OFFICE MEMORANDUM

**Date:** July 27, 2005

**Case:** *Brenda R. Moon v. Park County Road & Bridge*, 05-cv-01390-OES

**To:** File

**From:** Boyd N. Boland, Magistrate Judge

This case shall be drawn to a district judge and to a magistrate judge. The case appears to be inappropriate for summary dismissal.

---

For Clerk's Office Use

**Drawn To**
**District Judge:** Daniel

**Magistrate Judge:** Watanabe