

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

August 2, 2005

Brenda R. Moon  
29155 Cr 330 #6  
Buena Vista, CO 81211

    Re:    Moon v. Park County Road & Bridge  
            Civil Action Number: 05-cv-01390-WYD-MJW

Dear Ms. Moon:

    Please be advised that your case has been assigned to **Judge Daniel**. On all future pleadings please reference the judge designation in the civil action number as shown above.

    An issued summons and a conformed copy of the complaint are enclosed for service on the defendant. A copy of Rule 4 of the Federal Rules of Civil Procedure regarding the summons and service thereof is enclosed for your review. We encourage you to serve your summons and complaint promptly, and file your return of service with the court.

    Please submit an original and two copies of all papers filed with the Court. Furthermore, it is required that you mail a copy of all pleadings filed with the Court, after the complaint/petition, to all parties or their attorneys. You must file proof of this service in the form of a certificate of service along with each document that you file with the Court.

    Thank you for your cooperation in this matter.

Very truly yours,  
GREGORY C. LANGHAM, CLERK

By: Sharnell, Deputy Clerk