OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

Better Address
Not Found

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 9 2005

GREGORY C. LANGHAM
CLERK

05w 1390 WYD
#5

Chs

Brenda Moon
28155 Cr. 330 #6
Buena Vista, CO 81211

NIXIE     808    1    39 08/07/05
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

BC: 80294250099    *0920-01889-02-40



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### OFFICE OF THE CLERK

GREGORY C. LANGHAM
CLERK OF COURT

Room A-105
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

August 2, 2005

Brenda R. Moon
29155 Cr 330 #6
Buena Vista, CO 81211

Re:   Moon v. Park County Road & Bridge
      Civil Action Number: 05-cv-01390-WYD-MJW

Dear Ms. Moon:

Please be advised that your case has been assigned to **Judge Daniel**. On all future pleadings please reference the judge designation in the civil action number as shown above.

An issued summons and a conformed copy of the complaint are enclosed for service on the defendant. A copy of Rule 4 of the Federal Rules of Civil Procedure regarding the summons and service thereof is enclosed for your review. We encourage you to serve your summons and complaint promptly, and file your return of service with the court.

Please submit an original and two copies of all papers filed with the Court. Furthermore, it is required that you mail a copy of all pleadings filed with the Court, after the complaint/petition, to all parties or their attorneys. You must file proof of this service in the form of a certificate of service along with each document that you file with the Court.

Thank you for your cooperation in this matter.

Very truly yours,
GREGORY C. LANGHAM, CLERK

By Sharnell, Deputy Clerk