**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
05-cv-1390 WYD
ORDER

Brenda Moon
29155 Cr. 330 #6
Buena Vista, CO 81211

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2005

GREGORY C. LANGHAM
CLERK