303-335-2714

05-CV-01390-WYD-OES

Attention: Shawnel

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 16 2005

GREGORY C. LANGHAM
CLERK

My name is Brenda Moon

I Live at 29155 CR 380 #6,

my mailing address is

P.O. Box 324 Buena Vista,

Colorado 81211.

Please mail my documents

to my Post Office Box.

Thank You!

B R M

AUG-16-2005  11:54                                              P.01