OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROOM 145, U.S. COURTHOUSE
DENVER, COLORADO 80294-3589

OFFICIAL BUSINESS

05-CV-01390-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Doc. #2

AUG 18 2005

GREGORY C. LANGHAM
CLERK

Brenda R. Moon
29155 Cr.330 #6
Buena Vista, CO 81211

NIXIE       808    1         99 07/31/05
              RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. **05-CV-1390**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

BRENDA R. MOON,

    Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

    Defendant.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING PLAINTIFF LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. The clerk of the court will be directed to commence a civil action. The motion and affidavit are in proper form and indicate that the plaintiff should be granted leave to proceed under 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is granted. It is