OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE WYD
05-CV-1390
#8

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
AUG 23 2005
GREGORY C. LANGHAM
CLERK

Brenda R. Moon
29155 Cr. 330 #6
Buena Vista, CO 81211

NIXIE
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD