Denver, CO 80294-3589

OFFICIAL BUSINESS

WFC

Brenda R. Moon
29155 Cr 330 #6
Buena Vista, CO 81211

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 23 2005

GREGORY C. LANGHAM
CLERK

05-CV-1390-WYD-MJW

Draw Letter
8/2/05

Resent to new address
on 8/23/05

TO SENDER
MOVED, LEFT NO ADDRESS
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
ATTEMPTED - NOT KNOWN
UNCLAIMED ☐ REFUSED
NO SUCH STREET - NUMBER
DO NOT REMAIL IN THIS ENVELOPE
INSUFFICIENT ADDRESS
NO MAIL RECEPTACLE
BOX CLOSED NO ORDER
VACANT

AUG 02 05   CO