05-CV-01390-WYD-OES

# RETURN OF SERVICE

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

| NAME OF SERVER: Linda Kukulski Miller | TITLE: Real Estate Broker |
|---|---|

SEP  6 2005

GREGORY C. LANGHAM
CLERK

Check one box to indicate appropriate method of service.

[X] Served personally upon the defendant. Place were left:   Park County Road & Bridge Department
Person: Louise Kintz            PO Box 147, Fairplay, CO 80440
386 McDowell Drive

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion  then residing therein.

Name of person with whom the summons and complaint where left: _____

[ ] Returned unexecuted:: _____

_____

[ ] Other (specify): _____

_____

## STATEMENT OF SERVICE OF FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service is true and correct.

Executed on: September 2, 2005
Date

Linda Kukulski Miller
Signature of Server
720 Main Street, Fairplay, CO 80440
Address of Server
P.O. Box 605, Fairplay, CO