IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1390-WYD-OES

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

## MOTION FOR EXTENSION OF TIME

Defendant Park County Road & Bridge ("Defendant"), by its attorneys, Lawrence D. Stone and Christian D. Hammond of Dufford & Brown, P.C., respectfully moves this Court for an order granting it a two (2) week extension of time, up to and including October 6, 2005, to file its Answer or other responsive pleading to Plaintiff's Complaint. As grounds therefor, counsel states as follows:

1.   Defendant's Answer or other responsive pleading to Plaintiff's Complaint is due to be filed with this Court on September 22, 2005. However, the law firm of Dufford & Brown, P.C. and undersigned counsel were only recently retained to defend this matter and thus additional time is necessary to investigate all issues in this case to adequately respond to Plaintiff's Complaint.

2. Pursuant to D.C.COLO.L.Civ.R. 6.1(C), undersigned counsel certifies that this is the first extension of time, either by stipulation or motion, sought by Defendant with respect to filing its Answer or other responsive pleading to Plaintiff's Complaint.

3. Undersigned counsel has conferred with *pro se* Plaintiff pursuant to D.C.COLO.L.Civ.R. 7.1(A). Plaintiff has indicated that she objects to the filing of this Motion.

WHEREFORE, Defendant Park County Road & Bridge respectfully requests that this Court issue an order granting it a two (2) week extension of time, up to and including October 6, 2005, within which to file its Answer or other responsive pleading to Plaintiff's Complaint in this matter.

Respectfully submitted this 22nd day of September, 2005.

/s/Christian D. Hammond
Lawrence D. Stone, #8803
Christian D. Hammond, #34271
DUFFORD & BROWN, P.C.
1700 Broadway, Suite 2100
Denver, Colorado 80290-2101
Telephone: (303) 861-8013

Attorneys for Defendant Park County Road & Bridge

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of September, 2005, a true and correct copy of the foregoing **Motion for Extension of Time** was served with the Clerk of Court using the CM/ECF system and I hereby certify that I have served the document or paper to the following non-CM/ECF participants by U.S. Mail, postage prepaid:

Brenda R. Moon, *Pro se*
P. O. Box 324
Buena Vista, CO  81211

Park County Road & Bridge
c/o Stephen A. Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, CO  80440

/s/ Mary Underwood
Mary Underwood