IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1390-WYD-OES

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

---

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

---

This Court, having read Defendant's Motion for Extension of Time and being fully apprised,

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED. Defendant shall have up to and including October 6, 2005 in which to file its Answer or other responsive pleading.

DONE this _____ day of _____, 2005.

BY THE COURT:


_____
United States District Court Judge