IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.        05-cv-01390-WYD-OES

BRENDA R. MOON,

Plaintiff(s),

vs.

PARK COUNTY ROAD & BRIDGE,

Defendant(s).

**MINUTE ORDER FOR SCHEDULING/PLANNING CONFERENCE**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  September 23, 2005

   Defendant's Motion for Extension of Time [filed September 22, 2005, Document 16-1] is GRANTED to and including October 6, 2005.