Case #05CV1390 WYD-OES        September 23rd 2005

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 26 2005
GREGORY C. LANGHAM
CLERK

To Whom it may Concern;

I received the enclosed letter on Sept. 22nd asking for an extension.

At 11:26 a.m. I called Mr Hammond and left a message on his voice mail stating my objection to the extension.

Reasons for objecting are, Park County has there own Attorneys and 20 days is plenty of time to respond and if they needed more time they could have asked for an extension before the 20th day.

Sincerely,
B a R. M

## DUFFORD & BROWN, P.C.

ATTORNEYS AT LAW

1700 BROADWAY
SUITE 2100
DENVER, COLORADO 80290-2101

303.861.8013 PHONE
303.832.3804 FAX
www.duffordbrown.com

chammond@duffordbrown.com

September 20, 2005

Brenda R. Moon
P.O. Box 324
Buena Vista, CO 81211

      Re:     *Brenda R. Moon v. Park County Road & Bridge*,
                 United States District Court for the District of Colorado
                 Case No. 05-CV-01390-WYD-MJW

Dear Ms. Moon:

This law firm has been retained to defend Park County Road & Bridge in the lawsuit you have filed against it. It appears you are representing yourself in this lawsuit. If you have retained an attorney to represent your interests, please advise me of the attorney's name and contact information so we can communicate directly with this attorney in the future.

Our client was served with the Summons and Complaint on September 2, 2005. According to the Federal Rules of Civil Procedure, Park County Road & Bridge has twenty (20) days from the date of service, or until September 22, 2005, to file its Answer or other responsive pleading. However, because our firm was just recently retained to defend this lawsuit, I am writing to confer with you regarding whether you would object to a two-week extension of time to file our client's Answer or other responsive pleading. In other words, if you agree to this extension of time, Park County's Answer or other responsive pleading would be due on October 6, 2005.

Please call me immediately upon receipt of this letter to discuss this matter. I look forward to working with you.

Very truly yours,

DUFFORD & BROWN, P.C.

*[signature]*

Christian D. Hammond

CDH/

{00315975.1 9/20/2005 01:02 PM}