IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      05-cv-01390-WYD-OES

BRENDA R. MOON,

Plaintiff(s),

vs.

PARK COUNTY ROAD & BRIDGE,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 11, 2005

    Plaintiff shall have to and including **November 4, 2005,** to file a response to Defendant's Motion to Dismiss [Doc. #22, filed 10/6/05].