IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01390-WYD-OES

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on October 13, 2005.**

Defendant filed a Motion For Extension Of Time on September 22, 2005, [Docket #16] requesting an extension of time for the filing of an Answer or other responsive pleading to plaintiff's Complaint of to and including October 6, 2005. The motion was granted by Minute Order filed September 23, 2005 [Docket #18].

Defendant re-filed the exact same motion, requesting the exact same extension of time, on September 30, 2005. Since a ruling has already been made in this regard, defendant's Motion For Extension Of Time [Filed September 30, 2005; Docket #20] is deemed **MOOT**.