FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1390-WYD-OES

---

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

---

## MOTION TO DISMISS

Defendant Park County Road & Bridge ("Defendant"), by its attorneys, Lawrence D. Stone and Christian D. Hammond of Dufford & Brown, P.C., and pursuant to Fed.R.Civ.P. 12(b)(2), hereby moves to dismiss Plaintiff's "Title VII Complaint" ("Complaint"), and in support thereof, states as follows:

1. Plaintiff has brought this action against "Park County Road & Bridge." However, Park County Road & Bridge is a department within the government of Park County and is not a separate and independent legal entity. *See* Colo. Const. art. XIV, § 1; C.R.S. § 30-5-153.

2. Pursuant to C.R.S. § 30-11-105: "In all suits or proceedings by or against a county, the name in which the county shall sue or be sued shall be, 'The board of county commissioners of the county of _____.'" Interpreting this statute, the Colorado Supreme Court held that "[t]his statutory provision provides the exclusive method by which jurisdiction over a county can be obtained. An action attempted to be brought under any other designation is

a nullity, and no valid judgment can enter in such a case." *Calahan v. County of Jefferson*, 429 P.2d 301, 302 (Colo. 1967); *see also Gonzales v. Martinez*, 403 F.3d 1179, 1182 n.7 (10th Cir. 2005) (quoting C.R.S. § 30-11-105 and *Calahan*).

3.  Therefore, this Court lacks jurisdiction over the Defendant named in this action.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's Complaint and for such further relief as the Court deems appropriate.

Respectfully submitted this 6th day of October, 2005.

/s/ Christian D. Hammond
Lawrence D. Stone, #8803
Christian D. Hammond, #34271
DUFFORD & BROWN, P.C.
1700 Broadway, Suite 2100
Denver, Colorado 80290-2101
Telephone: (303) 861-8013

Attorneys for Defendant Park County Road & Bridge

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2005, a true and correct copy of the foregoing **MOTION TO DISMISS** was served by U.S. Mail upon the following:

Brenda R. Moon, *Pro se*
P.O. Box 324
Buena Vista, CO  81211

/s/ Mary Underwood
Mary Underwood

