

ATTORNEYS AT LAW

1700 BROADWAY
SUITE 2100
DENVER, COLORADO 80290-2101

303.861.8013 PHONE
303.832.3804 FAX
www.duffordbrown.com

chammond@duffordbrown.com

October 19, 2005

Brenda R. Moon
P.O. Box 324
Buena Vista, CO  81211

      Re:    *Brenda R. Moon v. Park County Road & Bridge*,
                United States District Court for the District of Colorado
                Case No. 05-CV-01390-WYD-MJW

Dear Ms. Moon:

As you know, Park County Road & Bridge filed a Motion to Dismiss based on the fact that, pursuant to Colorado law, the federal court lacks jurisdiction over the defendant as named in the lawsuit. In conjunction with the Motion to Dismiss, we plan to file a Motion to Stay, which, if granted, would postpone certain deadlines that are pending until the jurisdictional issue is resolved.

As required by D.C.Colo.L.CivR 7.1(A), I am writing to confer with you regarding whether you would object to the Motion to Stay, which we plan to file on Friday, October 21, 2005. Please call me upon receipt of this letter to let me know your position.

I look forward to hearing from you soon.

Very truly yours,

DUFFORD & BROWN, P.C.

Christian D. Hammond

CDH/

{00316769.1 10/19/2005  09:32 AM}

**EXHIBIT**

A