November 2, 2005

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 7 2005

GREGORY C. LANGHAM
CLERK

District Court
901 19th Street
Denver, CO

RE: Brenda R. Moon v. Park County Road & Bridge,
United States District Court for the District of Colorado
Case No.05-CV-01390-WYD-MJW

.
Dear You're Honor,

After speaking with several Attorneys, it was explained to me that there are a lot of laws to protect a Government Agency from being sued. Not knowing the laws and not having representation, I was advised to agree to the Motion to Dismiss.

Due to running out of time for my right to sue, I filed on my own. Since nothing was done wrong and no one could tell me what was done wrong. I was wrongly terminated.

The occurrences that happened at Park County needed to be brought to the courts attention. I wouldn't have felt right about myself if I wouldn't have tried to file.

Park County has discriminated against many employees, including myself. That is very Wrong. Especially when they claim to be an Equal Opportunity Employers
.

So is it right that just because Park County is government, should they be allowed to make their own rules and laws. They need to treat people and their environment with respect.

Sincerely,

Brenda Moon