IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1390-WYD-OES

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

## REPLY IN SUPPORT OF MOTION TO DISMISS

Defendant Park County Road & Bridge ("Defendant"), by its attorneys, Lawrence D. Stone and Christian D. Hammond of Dufford & Brown, P.C., hereby submits its Reply in Support of its Motion to Dismiss, and in support thereof, states as follows:

1.     By a letter addressed to the Court dated November 2, 2005, Plaintiff confessed Defendant's Motion to Dismiss. *See* 11/2/05 Letter, attached hereto as Exhibit A.

2.     Therefore, based on the arguments set forth in the Defendant's Motion to Dismiss, and in light of Plaintiff's confession of Defendant's Motion, Defendant requests that the Court enter an order dismissing this lawsuit against Defendant.

3.     Defendant is attaching a proposed order for the Court's convenience.

WHEREFORE, Defendant respectfully requests that this Court enter an order dismissing this lawsuit against Defendant.

Respectfully submitted this 9th day of November, 2005.

{00317360.1}

/s/ Christian D. Hammond
Lawrence D. Stone, #8803
Christian D. Hammond, #34271
DUFFORD & BROWN, P.C.
1700 Broadway, Suite 2100
Denver, Colorado 80290-2101
Telephone: (303) 861-8013

Attorneys for Defendant Park County Road
& Bridge

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2005, a true and correct copy of the foregoing **REPLY IN SUPPORT OF MOTION TO DISMISS** was served via U.S. Mail, postage prepaid, upon the following:

Brenda R. Moon, *Pro se*
P.O. Box 324
Buena Vista, CO  81211

Park County Road & Bridge
c/o Stephen A. Groome, Esq.
Park County Attorney
P.O. Box 1373
Fairplay, CO  80440

/s/ Mary Underwood
Mary Underwood