IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1390-WYD-OES

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

---

**ORDER GRANTING MOTION TO DISMISS**

---

This Court, having read Defendant's Motion to Dismiss, Plaintiff's letter to the Court dated November 2, 2005, wherein Plaintiff confesses Defendant's Motion, and Defendant's Reply in Support of its Motion to Dismiss, and being fully apprised,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED.

DONE this _____ day of _____, 2005.

BY THE COURT:

_____
United States District Court Judge

00317368.1