IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.      05-cv-01390-WYD-OES

BRENDA R. MOON,

Plaintiff(s),

vs.

PARK COUNTY ROAD & BRIDGE,

Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  November 16, 2005

    Counsel have advised the Court that a Motion to Dismiss is pending before the Court.  Therefore, the Scheduling Conference set for November 22, 2005, is VACATED.