IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01390-WYD-OES

BRENDA R. MOON,

Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

Defendant.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on November 16, 2005.**

Defendant's Motion To Stay [Filed October 24, 2005; Docket #27] is **GRANTED**. All proceedings in this matter are hereby **STAYED**, pending resolution of defendant's Motion To Dismiss. Further, the scheduling/planning conference set for November 22, 2005, at 9:15 a.m., is hereby **CANCELLED**.