IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01390-WYD-OES

BRENDA R. MOON,

    Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

    Defendant.

## ORDER

THIS MATTER is before the Court on Defendant's Motion to Dismiss (#26), filed October 19, 2005.  In its Motion, Defendant Park County Road and Bridge seeks to dismiss Plaintiff's Title VII Complaint on the basis that Defendant is a department within the government of Park County and not a separate and independent legal entity. Defendant states that this case should be dismissed pursuant to COLO. REV. STAT. § 30-11-105, which requires that in suits against a county, the name in which the county shall be sued is "The board of county commissioners of the county of . . . ."  Defendant states that the Court does not have jurisdiction over it and that, consequently, this action must be dismiss.  On November 8, 2005, Plaintiff Moon filed a letter with this Court in which she confessed the Motion to Dismiss, stating that she "was advised to agree to the Motion to Dismiss."  Having reviewed the Defendant's Motion to Dismiss and Plaintiff's Letter in response, the court concludes that the Motion to Dismiss should be granted and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney's fees.

Dated:  December 9, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge