IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No.  05-cv-01390-WYD-OES

BRENDA R. MOON,

    Plaintiff,

v.

PARK COUNTY ROAD & BRIDGE,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to and in accordance with the Order, filed on December 9, 2005 by the Honorable Wiley Y. Daniel, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that judgment is hereby entered in favor of Defendant, Park County Road & Bridge, and against Plaintiff, Brenda R. Moon, on Defendant's Motion to Dismiss.  It is further

ORDERED that plaintiff's complaint and action are dismissed with prejudice.  It is further

ORDERED that each party shall pay her or its own costs and attorney's fees.

DATED at Denver, Colorado this <u>12th</u> day of December, 2005.

                FOR THE COURT:

                GREGORY C. LANGHAM, CLERK

                <u>s/ Stephen P. Ehrlich</u>

Judge Wiley Y. Daniel
05-cv-01390-WYD-OES - Judgment
Page 2

                                                          Stephen P. Ehrlich,
                                                          Chief Deputy Clerk